Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 25 PM 2:49
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.
BY: _____ DEPUTY

ART MORGENSTEIN,
Plaintiff

vs

AMERICAN AIRLINES, INC., a
Delaware Corporation,
Defendant

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1135 DMS LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steven H. Lorber, Esq.
12526 High Bluff Drive, Suite 300
San Diego, Ca 92130

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____         JUN 2 5 2008
W. Samuel Hamrick, Jr.
CLERK                                          DATE

By ___S/LLOYD___ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)