M. CORY BROWN, ESQ. (Bar No. 115472)
mcbrown@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART MORGENSTEIN,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation,<br><br>                Defendant. | CASE NO. 08 CV 1135 DMS LSP<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S DEMAND FOR JURY TRIAL**<br><br>CASE FILED**:**       June 25, 2008 |

Defendant AMERICAN AIRLINES, INC., hereby demands a jury trial pursuant to Federal Rules of Civil Procedure, Rule 38(a).

DATED: August 11, 2008                          HIGGS, FLETCHER & MACK LLP

                                                                   By: s/M. Cory Brown
                                                                       M. CORY BROWN, ESQ.
                                                                       Attorneys for Defendant
                                                                       AMERICAN AIRLINES, INC.