M. CORY BROWN, ESQ. (Bar No. 115472)
mcbrown@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Defendant
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ART MORGENSTEIN,<br><br>               Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation,<br><br>               Defendant. | CASE NO. 08 CV 1135 DMS LSP<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>CASE FILED**:**       June 25, 2008 |
|---|---|

The undersigned, counsel of record for AMERICAN AIRLINES, INC. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

      1.     American Airlines, Inc.

DATED:  August 11, 2008                             HIGGS, FLETCHER & MACK LLP


                                              By:  s/M. Cory Brown
                                                  M. CORY BROWN, ESQ.
                                                  Attorneys for Defendant
                                                  AMERICAN AIRLINES, INC.