```
M. CORY BROWN, ESQ. (Bar No. 115472)
mcbrown@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Defendant
AMERICAN AIRLINES, INC.
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART MORGENSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. CV1135DMSLSP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101. On August 11, 2008, I served the within documents:

**AMERICAN AIRLINES, INC.'S ANSWER TO COMPLAINT**

**DEFENDANT AMERICAN AIRLINES, INC.'S DEMAND FOR JURY TRIAL**

**CERTIFICATE OF INTERESTED PARTIES**

on the interested parties in this action as follows:

> Steven H. Lorber, Esq.
> Lorber Nelson LLP
> 12526 High Bluff Drive, Suite 300
> San Diego, CA  92130

1  ☒  **BY MAIL):**   I deposited such envelope in the mail at San Diego, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing in affidavit.  (CCP §§ 1013, 2015.5.)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 11, 2008, at San Diego, California.

*/s/ Marianne Boyles*
MARIANNE BOYLES